within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2341. IN RE DISCIPLINE OF LASHER. Alan David Lasher, of Staten Island, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2342. IN RE DISCIPLINE OF BUTIN. Charles S. Butin, of Great Neck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2343. IN RE DISCIPLINE OF BERGSTEIN. Jeruchom Bergstein, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2344. IN RE DISCIPLINE OF RAGUSA. Sebastian Ragusa, of Hicksville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2345. IN RE DISCIPLINE OF GRANT. Jeffrey D. Grant, of Mamaroneck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2346. IN RE DISCIPLINE OF SULLIVAN. Charles W. Sullivan, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 02M51. MOSLEY v. LOS ANGELES UNIFIED SCHOOL DISTRICT, DISTRICT GOVERNING BOARD;

No. 02M52. JEFFERSON v. MISSOURI DEPARTMENT OF SOCIAL SERVICES;

No. 02M54. SIMON v. POTTER, POSTMASTER GENERAL;

No. 02M55. ZARINS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 02M56. MUHAMMAD *v.* BUREAU OF PRISONS ET AL.;

No. 02M57. BOUIE *v.* LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.;

No. 02M58. SCHMUECKLE *v.* MILES, WARDEN;

No. 02M59. MORALES *v.* DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY;

No. 02M60. HANSON *v.* UNITED STATES;

No. 02M61. KENT *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.;

No. 02M62. DAVIES *v.* GREENOUGH ET AL.; and

No. 02M63. HUNTER *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02M53. IDELLE C. *v.* OVANDO C. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 129, Orig. VIRGINIA *v.* MARYLAND. Motion of the Special Master for allowance of fee and disbursements granted, and the Special Master is awarded a total of $95,378.62 for the period May 1 through December 31, 2002, to be paid equally by the parties. [For earlier order herein, see, *e. g., ante,* p. 1102.]

No. 01–593. DOLE FOOD CO. ET AL. *v.* PATRICKSON ET AL.; and

No. 01–594. DEAD SEA BROMINE CO., LTD., ET AL. *v.* PATRICKSON ET AL. C. A. 9th Cir. [Certiorari granted, 536 U. S. 956.] Motion of petitioners Dole Food Co. et al. for leave to file a supplemental brief after oral argument granted.

No. 01–1184. UNITED STATES *v.* JIMENEZ RECIO ET AL., *ante,* p. 270. Motion of respondent Francisco Jimenez Recio for appointment of counsel *nunc pro tunc* granted, and it is ordered that M. Karl Shurtliff, Esq., of Boise, Idaho, be appointed to serve as counsel for respondent Francisco Jimenez Recio in this case. Motion of respondent Adrian Lopez-Meza for appointment of counsel *nunc pro tunc* granted, and it is ordered that Thomas A. Sullivan, Esq., of Caldwell, Idaho, be appointed to serve as counsel for respondent Adrian Lopez-Meza in this case.

No. 01–1269. CITY OF CUYAHOGA FALLS, OHIO, ET AL. *v.* BUCKEYE COMMUNITY HOPE FOUNDATION ET AL. C. A. 6th